IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TEXARKANA CHRIST NATIONS CHURCH,<br> *Plaintiff*<br><br>V.<br><br>HARTFORD FIRE INSURANCE COMPANY dba TWIN CITY FIRE INSURANCE COMPANY,<br> *Defendant* | § § § § § § § § § § § | CASE: 5:24-cv-00047-RWS |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss With Prejudice. Docket No. 12. In the joint motion, the parties, pursuant to a release and settlement agreement executed by Plaintiff, move to dismiss all of Plaintiff's claims in the above-captioned lawsuit against Defendant with prejudice, with each party to bear its own costs. *Id.* The Court, having reviewed the joint motion (Docket No. 12) finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and expenses. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

 **So ORDERED and SIGNED this 26th day of August, 2024.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE